# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-18-00277-CV

**Glenn Hegar, Comptroller of Public Accounts of the State of Texas, Appellant**

**v.**

**Duncan Burch, Inc., Appellee**

**FROM THE 345TH DISTRICT COURT OF TRAVIS COUNTY,
NO. D-1-GN-17-005165, THE HONORABLE KARIN CRUMP, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Appellee Duncan Burch, Inc. has notified this Court that it has filed for bankruptcy protection (United States Bankruptcy Court, N.D. Texas, Case No. 19-41699-elm11). *See* Tex. R. App. P. 8.1. Accordingly, this appeal is stayed. *See* 11 U.S.C. § 362; Tex. R. App. P. 8.2. Any party may file a motion to reinstate the appeal if permitted by federal law or the bankruptcy court. *See* Tex. R. App. P. 8.3(a). It is the parties' responsibility to notify the Court as soon as possible if an event occurs that would allow reinstatement. *Id.* Failure to notify this Court of a lift of the automatic stay or the conclusion of the bankruptcy proceeding may result in the dismissal of the case for want of prosecution. *See id.* R. 42.3(b).

Before Chief Justice Rose, Justices Triana and Kelly

Bankruptcy

Filed:   May 14, 2019